CHARLES GIUMARRA, PLAINTIFF-PETITIONER, v. HARRINGTON HEIGHTS, INC., A CORPORATION OF THE STATE OF NEW JERSEY, DEFENDANT.

Argued June 6, 1955—Decided June 20, 1955.

*Mr. James A. Major* argued the cause for the appellant.

*Mr. Warren Dixon, Jr.,* argued the cause for the respondent.

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Goldmann in the court below.

*For affirmance*—Chief Justice VANDERBILT, and Justices HEHER, JACOBS and BRENNAN—4.

*For affirmance on the principal appeal and reversal on the counterclaim*—Justices OLIPHANT and BURLING—2.